

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-16-00484-CR

**IN RE** Juan Guzman **ZUNIGA**, Jr**.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                 Patricia O. Alvarez, Justice
                 Jason Pulliam, Justice

On October 3, 2016, Relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on October 13, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2006CR5239, styled *State v. Juan Guzman Zuniga*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.